# ATTACHMENT 1

## COMPLATNT FORM
(for files who are Prisoners without Lawyers)

IN THE UNITED STATES DISTRICT COURT
FOR THE Western DISTRICT OF WISCONSIN

(Full Name of Plaintiff(s))

Daniel Rhymes Petty #283237
Stanley Correctional Institution 100
Corrections Drive, Stanley, WI 54768

FILED/REC'D
2024 FEB -5 A 10: 45
CLERK OF COURT
U.S. DISTRICT COURT
WD OF WI

VS.

Case Number
24-cv-83-wmc
(to be supplied by Clerk of Court)

(Full Name of Defendant(S))

Sgt. Mayson, C.O D. Johnson
C.O. Kaczmarek and Tex Behind
P.O. Box 189 Phoenix, M D 21131
Aurora St. Luke's Medical Center 2600
W. Oklahoma Ave. Milwaukee, WI 53215

A. PARTIES

1. Plaintiff is a citizen Wisconsin
(State)
and is Located at
Stanley Correctional Institution 100 Corrections Drives
Stanley, WI 54768
(Address of prison or jail)

(If more than one plaintiff is filing, use another piece of paper).

2: Defendant; Sgt. Mayson, C.O. D. Johnson, C. Okacmarek and Text Behind, Sgt. and COS are wisconsin' Text Behind Is PO Box 189, Phoenix, MD 21131 (Name)

is (if a person or private corporation) a Citizen of wisconsin Private Corporation. Text Behind. Stanley Correctional Institution (State, If KNOWN)

and (if a person) resides at PO. Box 189 Phoexi, MD 21131 100 Correction Drive Stanley, WI 54768 (Address, if KNOWN)

and (if the defendant harmed you while doing the defendant's job)

worked for 3 work at stanley Correctional Institution 100 Correction Drive Stanley, WI 54768, Text Behind PoBox 189 Phoenix, MD 21131 (Employer's Name and address, If Known)

(If you need to List more defendands, use another piece of paper.)

B. STATEMENT OF CLAIM

ON the Space provided on the following pages, tell:
1. who violated your Right
2. what each defendant did;
3. when they did it;
4. where it happened, and
5. why they did it, If you know.

Aurora St. Luke's Medical Center 2900 W. Oklahoma Ave, Milwaukee, WI 53215, Text Behind P.O. Box 189 Phoenix, MD 21131 Stanley Correctional Institution Officer's, Sgt. Mayson, C.O. D. Johnson, C.O. Kacmarek. They Sent my Health Medical Record to A None Medical facility and The (Text Behid) Copy my intired Medical History without my Premission Nor any type of consent from Me (Mr Petty) in any way!

I have many Different Dates According to the Copy medical I Received? So according to Aurora St. Lukes Medical Center - They Recieved It ON Sept. 12 2023! That will Be exhibit (2) Now hears where It's getts conflicted at - TextBehind say they Recieved It ON the Sept. 19 2023. 12:14 pm EST It got to Stanley Mailroom ON Sept. 25 2023 SO I Thats When I Recieved It. exhibit (3) will show you what I mean?

Now If your bear with me I go back a few Line Aurora St. Lukes Mailed I out ON (9-14-23) Check out exhibit (00). The Hold Copy of my Medical History! It happen Text Behind P.O. BOX 189 Phoenix MD 21131 either Aurora St. Luke's Medical Center sent MY Records their Stanley Mailroom Sgt. and The 2 CO's? Who knows who did It?? Stanley has a contract with TextBehind to Search for subject to being open for drugs and other contraband, and examine and censored for illicit content, or other Materials. Thats why Stanley Corretional Institution Does It!

I [illegible] will
Show that I sent for my Record and I Put the Returned address ~~at 100 Stanley Cor at 2~~ Stanley Correctional Institution 100 Corrections Drive, Stanley, WI 54768. Even when I wrote Aurora St. Luke's they Copy My Letter and even Sent It Back By mail or Fax It over with what I wrote to Show that I sent for my own Record History! With the Return address SCI 100 Corrections Drive, Stanley, WI 54768 So Now they even Sent the (HIPPA) Confidential Statment with It If It was Me (Mr D. Petty) that Did Not sent for My ~~Med~~ Medical Records!
So IF you Open You Still had a Chance to Return It Back to "Aurora Medical Center! The First word on the (Confidential Says In Capital letters (ATTENTION) So who Do NOT Pay ATTENTION Like It Said???.
I have planty example that everytime I ASK for my Medical Record to Be Sent to Me I have gotten copies of my Letter and the Authorization back with My Medical Records! So Now is the Million Dollar Questions is who Droped the Ball on this One and Copie my intired Medical History or Shell I Says who's gonna pay for this ONE?? So Im wondering why TextBehind Dididn't copy all that was sent?? As you can see from my exhibits they send Release of information and HiPPA clause with It!
I have All my Exhibits Number 00 through 10

C. JURISDICTION

☑ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $______________.

D. RELIEF WANTED

Describe what you want the court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or stop doing something.

To Stop Any mail Legal and Standard mail Not to go to (Text Behind) Cause Im Not In Phoenix Doing My Time! I'm In (Wisconsin) Prison System and all my mail Should sent where Im At, "NoT" out of State, where Im NOT! Yes to pay off my courts all my court fees and child support a well! Reward me $ 3.5 million in damages Cause Now I'm very stressing out as well wearing about my Information out floating around God's KNOWS where! doing what with It Now?! It's Like they have 95 % of my Life in their Hands Now Aint No telling what their doing with all my Information Now? Wow Thank you! Stop all mail from going to text Behind!

E. JURY DEMAND

☒ Jury Demand - I want a jury to hear my case

OR

☐ Court Trial – I want a judge to hear my case

Dated this 30 day of December 2023.

Respectfully Submitted,

Mr. Daniel R. Petty

Signature of Plaintiff

283237

Plaintiff's Prisoner ID Number

Stanley Correctional Institution
100 Corrections Drive Stanley, WI 54768

(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper).

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☒ I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a request to proceed in the district court without prepaying the fee and attached it to the complaint.

☐ I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.